LEON BASS, JR., State Bar No. 127403
Leon.Bass@sce.com
ALLAN D. JOHNSON, State Bar No. 217346
Allan.Johnson@sce.com
AMY M. GANTVOORT, State Bar No. 227294
Amy.Gantvoort@sce.com
Southern California Edison Company
2244 Walnut Grove Avenue, 3rd Floor
Rosemead, California  91770
Telephone:  (626) 302-3712
Facsimile:   (626) 302-5951

Attorneys for Defendants
SOUTHERN CALIFORNIA EDISON COMPANY
and JOHN GUEST

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SCOTT E. CHRISTENSEN, | CASE NO. 2:11-CV-2810-JAK(SSx) |
| Plaintiff(s), | Assigned to the Hon. John A. Kronstadt |
| v. | **JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| SOUTHERN CALIFORNIA EDISON COMPANY; JOHN GUEST; and DOES 1 THROUGH 100, | |
| Defendant(s). | |

1  This action came on for hearing before the Court, on April 2, 2012, the
2  Honorable John A. Kronstadt presiding, on the Motion for Summary Judgment of
3  defendants Southern California Edison Company and John Guest, and the evidence
4  presented having been fully considered, the issues having been duly heard and a
5  decision having been duly rendered as set forth in the Court's Order Granting
6  Defendants' Motion for Summary Judgment, dated April 11, 2012 (Dkt. 46),

7  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff
8  Scott E. Christensen take nothing, that the action be dismissed on the merits, and
9  that defendants Southern California Edison Company and John Guest recover their
10 costs.

Dated: April 20, 2012

_____
JOHN A. KRONSTADT
United States District Judge

Respectfully submitted by:

LEON BASS, JR.
ALLAN D. JOHNSON
AMY M. GANTVOORT


By:  /s/ *Amy M. Gantvoort*
       Amy M. Gantvoort
Attorneys for Defendants
Southern California Edison
Company and John Guest

-2-

CASE NO. 2:11-CV-2810-JAK(SSx)
JUDGMENT